1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10                         **WESTERN DIVISION**

11  **MICHAEL ANGELO SERRATO,**                    )
                                                    )
12                      **Petitioner,**             ) **Case No. CV 08-2420 ABC (AJW)**
                                                    )
13                **v.**                            )
                                                    ) **ORDER ADOPTING REPORT AND**
14  **WARDEN,**                                     ) **RECOMMENDATION OF**
                                                    ) **MAGISTRATE JUDGE**
15                      **Respondent.**             )
    _____)

16

17        Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the

18  entire record in this action, and the Report and Recommendation of

19  United States Magistrate Judge ("Report"). No objections to the Report

20  have been filed within the time allowed.  The Court concurs with and

21  adopts the findings of fact, conclusions of law, and recommendations

22  contained in the Report.

23        DATED:  October 20, 2008

24                                                   *Audrey B. Collins*

25                                             _____

26                                             Audrey B. Collins
                                               United States District Judge

27

28