UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MICHAEL ANGELO SERRATO,                )
                                       )
            Petitioner,                ) No. CV 08-2420-ABC (AJW)
                                       )
      vs.                              )
                                       )
WARDEN,                                ) JUDGMENT
                                       )
            Respondent.                )
_____)

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: October 20, 2008

_____
Audrey B. Collins
United States District Judge